UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIRK BAHAM                                              CIVIL ACTION

VERSUS                                                  NO: 07-4075

ALLEN CORRECTIONAL CENTER                               SECTION: R(5)

**<u>ORDER</u>**

Before this Court is petitioner Kirk Baham petition for federal habeas corpus relief. The Court, having reviewed de novo the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, Baham's petition for habeas corpus relief is dismissed with prejudice.

New Orleans, Louisiana, this __30th__ day of September, 2009.

_____
SARAH S. VANCE

UNITED STATES DISTRICT JUDGE